UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-191 (ECT/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FEISAL MOHAMED ELMI,<br><br>Defendant. | **GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION TO MOTION TO REVOKE PRETRIAL RELEASE** |

The United States of America, by and through its undersigned attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, Rebecca E. Kline, Assistant United States Attorney, and Sara E. Porter, Deputy Chief, and Manu J. Sebastian, Trial Attorney, of the National Fraud Enforcement Division, hereby submits its response to the defendant's objection to the motion to revoke pretrial release (Dkt. 20) and, based on new information and continuing consultation with Defense counsel, revises the relief requested to an amendment of the defendant's pretrial release conditions to prohibit future contact with potential witnesses in this case.

On November 13, 2026, the government filed a motion to revoke the defendant's pretrial release because two witnesses, Witness 1 and Witness 2, reported that the defendant engaged in misleading conduct to hinder, delay, or prevent the communication with law enforcement of information relating to the commission or possible commission of a federal offense. (Dkt. 19.).

Since then, Witness 1 met with, and agreed to meet again with, law enforcement. Witness 2, however, provided a transcript of a voicemail from the defendant that affirms that the defendant contacted this former employee and claimed that Ms. Brunkow represented him/her personally to prevent him/her from speaking with law enforcement. Ex. 1 Redacted Transcript. Considering these facts, the government is willing to revise its requested relief from a revocation of pretrial release to an amendment of defendant's release conditions, to ensure no future attempts to tamper with government witnesses. The government requests the defendant's release conditions be revised to include a condition whereby the defendant is prohibited from contacting any employee or contractor associated with his companies that billed Medicaid, including, but not limited to, Aspen Associates, LLC. and House of Opportunity, LLC.[1]

[1] On November 20, 2026, the defendant expressed a willingness to stipulate to a revised release condition and counsel are consulting on the exact language.

## CONCLUSION

For the foregoing reasons, the government revises the relief requested to an amendment of defendant's pretrial release conditions to prohibit contact with potential witnesses in this case.

Dated: November 20, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney
District of Minnesota

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division

/s/ Manu J. Sebastian

BY: REBECCA E. KLINE
Assistant United States Attorney
SARA E. PORTER
Deputy Chief, Health Care Fraud Section
MANU J. SEBASTIAN
Trial Attorney
United States Department of Justice
National Fraud Enforcement Division