# EXHIBIT 1

3:01 01:15 5G^E

[redacted]

Yesterday • 3:15 PM

Texting with [redacted] (SMS/MMS)

[redacted] Deposited a new message:
"Say, uh, this is. I, I'll send you a text message with my, the Espen lawyer phone number or communication. So you do have a lawyer through Espen. If anybody calls you or they want to get the information, they can talk to our lawyer. I text you that's your lawyer. That's Espen's lawyer. I'll let you know that in case, so I left you two messages. Be aware logo. If you have any questions, call me."
Click here: [redacted] to listen to full voice message.

Text message